








JRL    5/20/03    13:05
3:03-CV-00961    PINNAVAIA V. FBI
*1*
*CMP.*

Matthew D. Pinnavaia
1701 Bush Street 6-P
Oceanside  CA  92054
Tel. 760 966 1335

FILED

03 MAY 19 PM 4:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew D. Pinnavaia<br>1701 Bush Street 6-P<br>Oceanside  CA  92054<br>Tel. 760 966 1335<br><br>PLAINTIFF<br><br>v.<br><br>Federal Bureau of Investigation<br>U.S. Department of Justice<br>9797 Aero Drive<br>San Diego  CA  92123 1800<br><br>Defendant | '03 CV  961 L   JAH<br><br>Case No.<br>COMPLAINT FOR: Judicial Review, FOIA/PA<br>5 U.S.C. §552(a)(4)(B) |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

PLAINTIFF alleges:

　　1.　This case challenges the official U.S. government position of the Federal Bureau of Investigation (FBI), U.S. Department of Justice (U.S.-DOJ), as pertains to

(page 1)

the Freedom Of Information Act/Privacy Act, FOIA/PA, 5 U.S.C., as amended, and as pertains to FBI-Case #01 mg 1902, whereby Plaintiff does state, does contend, and does allege, that the FBI-DOJ, was, and is, to the present day, refusing to provide responsive document-records (Plaintiff's Work Product Material-WPM) relating to FBI-Case #01 mg 1902, for the specific purpose of the concealment of official U.S. government misconduct as conducted by the FBI. Plaintiff does state, and does contend, that the FBI-San Diego, CA., Office, is withholding Plaintiff's Work Product Material (WPM), under a pretense, pertaining to various 5 U.S.C. exemptions hereby in violation of federal statute 5 U.S.C. FOIA/PA. Plaintiff, before the Court, does respectfully request Plaintiff's WPM's, and also, does believe these WPM's are relevant, not only to the FBI-Case as pertains to Plaintiff, but also, are very relevant, to the interests of the American-citizenry, so as to understand the operations of a U.S. government agency.

## JURISDICTION

2.  This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B).

## PARTIES

3.  Plaintiff Pinnavaia is a 44 year-old American-Born-Citizen, who has a profound love, and a profound

[2]

respect, for his country, the United States of America, and also, for the American-citizenry.

4. Defendant FBI is a U.S. government agency, and has possession or control of the document-records Plaintiff seeks in this action.

## STATUTORY FRAMEWORK AND FACTS GIVING RISE TO CAUSE OF ACTION
### THE FREEDOM OF INFORMATION ACT

5. The Freedom Of Information Act ("FOIA") 5 U.S.C. §552, as amended, requires agencies of the federal government to release, upon request, information to the public, unless one of nine specific statutory exemptions applies.

6. Upon receiving an FOIA request, an agency has twenty working days to respond. 5 U.S.C. §552(a)(6)(A). Although the agency may grant itself an extension of ten additional days in "unusual circumstances", the FOIA does not permit an agency to delay a response indefinitely. 5 U.S.C. §552(a)(6)(B).

7. Under the FOIA, a requestor is entitled to a waiver of fees associated with responding to an FOIA request when the information sought "is likely to contribute significantly to public understanding of the operations or activities of the government....."5 U.S.C. §522(a)(4)(A)(iii).

[3]

## FACTUAL BACKGROUND

8. On May 21, 02, Plaintiff submitted an FOIA/PA-Request to the FBI-San Diego, CA., Office for records related to FBI-Case #01 mg 1902.

The Request asked for:

a) A copy of any, and or all, documents relating to FBI-Case #01 mg 1902, which are maintained at FBI-San Diego, and do pertain to Plaintiff Matthew David Pinnavaia.

9. FBI response to Plaintiff's FOIA/PA-Request of May 21, 02, provides 227 pages of a total amount of 338 pages of FBI-San Diego File 190-SD-64654.

10. On Sept. 25, 02, Plaintiff filed a FOIA/PA-Appeal, appealing the decision of Chief Division Council, N.F. McKean, to withhold 111 pages, which Plaintiff does allege, are Plaintiff's WPM-archival-historical-WWII documents, as confiscated by the FBI-San Diego.

11. On Jan. 23, 03, FBI responds to Plaintiff's FOIA/PA-Appeal of Sept. 25, 02. FBI-San Diego releases 12 pages. These pages are not the WPM-archival-historical-WWII documents that Plaintiff requested of the FBI-San Diego File 190-SD-64654. As provided in Exhibit 1, U.S. DOJ, R.L. Huff, Co-Director, Office of Information and Privacy, Washington, D.C. states various official government, and various federal statutes, as answer to Plaintiff's FOIA/PA Appeal.

[4]

## PLAINTIFF'S CLAIM FOR RELIEF

12. Plaintiff, does state, does contend, and does allege, that from May 21, 02, to the present day, the FBI-San Diego, in conjunction with the FBI-HQ-Washington, is refusing to provide the Work-Product-Material, archival-historical-WWII documents that belong to Plaintiff; even though, the FBI-HQ, and the FBI-San Diego, closed the FBI-Case of Plaintiff Pinnavaia (#01 mg 1902) without any U.S. federal-charges ever filed against Plaintiff Pinnavaia. Exhibit 1, provides the FBI-Receipt of Plaintiff's seized Work Product Material, and a, FBI document stating that Plaintiff's documents, shall never be returned to Plaintiff. Plaintiff, does state, and does contend, that there is absolutely no federal statute, and also, that there is absolutely no classified doctrine (Executive Order), whereby the FBI-HQ, and or, the FBI San Diego, can withhold, indefinitely, and or, never return, Plaintiff's Work Product Materials - archival-historical-WWII documents.

13. Plaintiff has a right to obtain the requested records.

WHEREFORE, Plaintiff does pray that the Court:

a) Declare that the defendant has violated the FOIA/PA by failing to timely provide all records responsive to Plaintiff's May 21, 02, FOIA/PA-Request.

b) Order defendant to make the requested records available to Plaintiff within twenty days.

[5]

1      c)   Grant such other further relief as the Court may
2  deem just and proper.

                      Respectfully Submitted,

*[signature]*

                    Matthew David Pinnavaia

Date: 5-17-03

[6]

EXHIBIT 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __90-SD-03470__

On (date) __8-2-2001__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Matthew D. Pinnavaia__

(Street Address) __1701 Bush St. 10P__

(City) __Oceanside, CA 92054__

Description of Item(s):

1) File titled: "The Organization of Diamond Producing Countries Inc. USA"
2) File titled "WPP Group PLC Annual Report"
3) File titled "Antitrust - DeBeers - J. Klein"
4) File titled "Holocaust Pictures - Appeals"
5) File titled "WPP Group PLC - AngloGold Annual Reports / DeBeers Art - WSJ, Misc - DeBeers DOJ - Klein"
6) File titled "2001 Ober Thrust"
7) Paper Clip Paper Work titled "Standard & Poor's" - "McGraw Hill"
8) Fax Journals - Logs (20 pages)
9) Hand Written Log of Faxes (3 pages)
10) Project Planner Notebook
11) File titled "DeBeers - Corporate - 2001 - Delaware Statements"
12) File titled "DeBeers Consolidated Mines Ltd. Legal Filing Papers - 2001"
13) File titled "DeBeers C.M. Ltd / Legal Laser Original Master Copy"

Received By: [redacted] 67C

Received From: __Matt D. Pinnavaia__ (Signature)

FD-340 (Rev. 8-7-97)

IA6

Universal Case File Number __9B-SD-03470__

Field Office Acquiring Evidence _____

Serial # of Originating Document _____

Date Received __8-2-2001__

From __MATTHEW D. PINNAVAIA__
(Name of Contributor)

__1701 BUSH ST. APT 6P__
(Address of Contributor)

__OCEANSIDE CA 92054__

By ███████████████████████████  b7C
(Name of Special Agent)

To Be Returned ☐ Yes ☒ No
Receipt Given ☒ Yes ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☒ No

Title:




Reference: _____
(Communication Enclosing Material)


Description: ☐ Original notes re interview of

__FD 597 - ON MATERIALS SEIZED FROM__

__MATTHEW D. PINNAVAIA__





(IA6)

**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*            *Washington, D.C. 20530*

JAN 23 2003

Mr. Matthew D. Pinnavaia
Apartment 6-P                    Re: Appeal No. 03-0044
1701 Bush Street                      FBI No. 962336
Oceanside, CA  92054-7137             RLH:ADW:RK

Dear Mr. Pinnavaia:

You appealed from the action of the San Diego Field Office of the Federal Bureau of Investigation on your request for access to records concerning you.

After carefully considering your appeal, and as a result of discussions between the FBI and a member of my staff, I have decided to release twelve additional pages to you, copies of which are enclosed. I am, however, otherwise affirming the FBI's action on your request.

You are the subject of one San Diego Field Office main file entitled Extortion.

These records are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.96(a) (2002). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to the records you requested.

Some of the information responsive to your request is classified. I am affirming the FBI's withholding of it pursuant to 5 U.S.C. § 552(b)(1), which protects classified information from disclosure. I am, however, referring this information to the Department Review Committee so that it may determine if this information should remain classified under Executive Order No. 12958. You will be informed if any of this information is declassified.

Furthermore, the FBI properly withheld other information that is protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices;

-2-

5 U.S.C. § 552(b)(3), which concerns matters specifically exempted from release by statute (in this instance, Rule 6(e) of the Federal Rules of Criminal Procedure, which pertains to the secrecy of grand jury proceedings);

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties (including, in this instance, the names of FBI agents and employees); and

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

I have also determined that this information is not appropriate for discretionary release.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

Enclosure

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MATTHEW D. PINNAVAIA

### DEFENDANTS
FEDERAL BUREAU OF INVESTIGATION
U.S. DEPT. OF JUSTICE

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

03 MAY 19 PM 4:46
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(c) Attorney's (Firm Name, Address, and Telephone Number): PRO-SE

Attorneys (If Known): '03 CV 961 L  DEPUTY JAH
N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1. U.S. Government Plaintiff
- ☒ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(Place an "X" in One Box for Plaintiff and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL INJURY** ☐ 362 Personal Injury—Med. Malpractice | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury—Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 370 Other Fraud | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 350 Motor Vehicle | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☒ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 355 Motor Vehicle Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 360 Other Personal Injury | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | **CIVIL RIGHTS** | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 441 Voting | | | |
| | ☐ 442 Employment | **PRISONER PETITIONS** | | |
| | ☐ 443 Housing/Accommodations | ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 444 Welfare | Habeas Corpus: | | |
| | ☐ 440 Other Civil Rights | ☐ 530 General | | |
| | | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |
| | ☐ 385 Property Damage Product Liability | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

COMPLAINT FOR JUDICIAL REVIEW - FOIA/PA 5 U.S.C. § 552(a)(4)(B)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ RETURN OF PLAINTIFF'S DOCUMENTS
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE: N/A
DOCKET NUMBER:

DATE: 5-17-03
SIGNATURE OF ATTORNEY OF RECORD: Matthew D. Pinnavaia - PRO-SE

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____