















```
CSG    10/9/03    7:00
3:03-CV-00961   PINNAVAIA V. FBI
*13*
*O.*
```

FILED

03 OCT -8 PM 2:03

CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIF...

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants. | Civil No. 03cv0961-L(JAH)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this Court's calendar for October 14, 2003, is Defendant's Motion to Dismiss and to Transfer Action or to Stay Proceedings. The Court finds this motion suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on October 14, 2003.

**IT IS SO ORDERED.**

Dated: 10/7/03

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

COPY TO:

HON. JOHN A. HOUSTON
UNITED STATES MAGISTRATE JUDGE

13

03cv0961

1. ALL PARTIES/COUNSEL